CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN 18 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| LYNCHBURG COMMUNICATIONS SYSTEMS, INC., <br><br> and <br><br> SPECIALTY ELECTRONICS SYSTEMS COMPANY, INC., <br>            *Plaintiffs,* <br><br> v. <br><br> OHIO STATE CELLULAR PHONE COMPANY, INC., <br><br> and <br><br> UNITED STATES CELLULAR CORPORATION, <br>            *Defendants.* | CIVIL ACTION No. 6:03cv00107 <br><br><br><br> ORDER <br><br><br><br><br> JUDGE NORMAN K. MOON |

  This matter is before the Court on the parties' cross-motions for partial summary judgment, both heard before the Court on December 22, 2005. For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion is hereby GRANTED and Plaintiffs' Motion is DENIED.

  It is so ORDERED.

  The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Date: January 18, 2006